UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN    DIVISION at    COLUMBUS

| | | | |
|---|---|---|---|
| In re | Theodore Majewski | ) | Case No.    19-50594 |
| | Barbara Majewski | ) | |
| | | ) | Chapter 13 |
| | | ) | Judge    Charles M. Caldwell |
| | Debtor(s) | | |

### CHAPTER 13 PLAN

## 1. NOTICES

**The Debtor has filed a case under chapter 13 of the Bankruptcy Code. A notice of the case (Official Form 309I) will be sent separately.**

This is the Mandatory Form Chapter 13 Plan adopted in this District. Local Bankruptcy Rule ("LBR") 3015-1. "Debtor" means either a single debtor or joint debtors as applicable. "Trustee" means Chapter 13 Trustee. Section "§" numbers refer to sections of Title 11 of the United States Bankruptcy Code. "Rule" refers to the Federal Rules of Bankruptcy Procedure.

Unless otherwise checked below, the Debtor is eligible for a discharge under § 1328(f).

☐ Debtor _____ is **not eligible** for a discharge.

☐ Joint Debtor _____ is **not eligible** for a discharge.

☒ **Initial Plan**

☐ **Amended Plan**  The filing of this Amended Plan shall supersede any previously filed Plan or Amended Plan and must be served on the Trustee, the United States trustee and all adversely affected parties. If the Amended Plan adversely affects any party, the Amended Plan shall be accompanied by the twenty-one (21) day notice. Rule 2002(a)(9). Any changes (additions or deletions) from the previously filed Plan or Amended Plan must be clearly reflected in bold, italics, strike-through or otherwise in the Amended Plan filed with the Court. LBR 3015-2(a)(1).

If an item is not checked, the provision will be ineffective if set out later in the Plan.

☒ **This Plan contains nonstandard provisions in Paragraph 13.**

☒ **The Debtor proposes to limit the amount of a secured claim based on the value of the collateral securing the claim. See Paragraph(s) 5.1.2 and/or 5.1.4.**

☐ **The Debtor proposes to eliminate or avoid a security interest or lien. See Paragraphs 5.4.1 and/or, 5.4.2 and 5.4.3.**

**NOTICES TO CREDITORS: You should read this Plan carefully, including Paragraph 13 (Nonstandard Provisions), and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. Except as otherwise specifically provided, upon confirmation, you will be bound by the terms of this Plan. Your claim may be reduced, modified, or eliminated. The Court may confirm this Plan if no timely objection to confirmation is filed.**

## 2. PLAN PAYMENT AND LENGTH

**2.1 Plan Payment.**  The Debtor shall pay to the Trustee the amount of $ ___1,250___ per month. [Enter step payments below, if any.] The Debtor shall commence payments within thirty (30) days of the petition date.

**2.1.1 Step Payments, if any:** _____

MANDATORY FORM PLAN (Revised 01/22/2018)

**2.2 Unsecured Percentage**

☒ **Percentage Plan.** Subject to Paragraph 2.3, this Plan will not complete earlier than the payment of
___20___ % on each allowed nonpriority unsecured claim.

☐ **Pot Plan.** Subject to Paragraph 2.3, the total amount to be paid by the Debtor to the Trustee is
$ _____ . Assuming all claims are filed as scheduled or estimated by the Debtor, payment on each
allowed nonpriority unsecured claim is estimated to be no less than _____ %. LBR 3015-1(c)(2).

**2.3 Means Test Determination**

☐ **Below Median Income.** Unless the allowed nonpriority unsecured claims are paid 100%, the projected
length of the plan must be a minimum of thirty-six (36) months but not to exceed sixty (60)
months.

☒ **Above Median Income.** Unless the allowed nonpriority unsecured claims are paid 100%, the projected
length of the Plan must be sixty (60) months.

**3. PRE-CONFIRMATION LEASE PAYMENTS AND/OR ADEQUATE PROTECTION PAYMENTS**

Pre-confirmation personal property lease payments governed by § 1326(a)(1)(B) shall be made as part of the total
plan payment to the Trustee. LBR 3070-1(a). Pre-confirmation adequate protection payments governed by §
1326(a)(1)(C) shall be made as part of the total plan payment to the Trustee. LBR 3070-1(b). The lessor/secured
creditor must file a proof of claim to receive payment. LBR 3070-1(a) and (b).

| Name of Lessor/Secured Creditor | Property Description | Monthly Payment Amount | |
|---|---|---|---|
| Coastal Credit | 2013 Chevy | $98 | |
| United Auto Credit | 2009 Pontiac | $78 | |
| Rent A Center | Recliner, Dinette set | $15 | |

**4. SECURED CLAIMS:  TREATMENT, TIMING AND SERVICE REQUIREMENTS**

4.1    <u>Non-Governmental Unit Secured Claims</u>. The Debtor may propose to limit the amount of a secured claim
based on the value of the collateral securing the claim by the procedure proposed in Paragraphs 5.1.2 and
5.1.4. Further, the Debtor may propose to eliminate or avoid a security interest or lien by the procedure
proposed in Paragraphs 5.4.1, 5.4.2 and 5.4.3. If the Debtor proposes to seek any of the above-stated relief
by way of motion or claim objection, the motion or claim objection must be filed on or before the § 341
meeting of creditors or the confirmation hearing may be delayed. If a judicial lien or nonpossessory,
nonpurchase-money security interest is discovered after confirmation of the Plan, a motion to avoid the
judicial lien or security interest may be promptly filed after it is discovered.

4.2    <u>Governmental Unit Secured Claims</u>. A request to determine the amount of the secured claim of a
governmental unit or to modify and eliminate the secured claim of a governmental unit may be made **only**
by motion or claim objection. Rule 3012(c). Any motion or claim objection that includes a request to
determine the amount of the secured claim of a governmental unit (including any such motion or claim
objection that also includes a request to determine the amount of the secured claim of a non-governmental
entity) may be filed **only** after the governmental unit files a proof of claim or after the time for filing one
has expired. Rule 3012, advisory committee note (2017 Amendments).

MANDATORY FORM PLAN (Revised 01/22/2018)

4.3     <u>Service Requirements</u>. If the Debtor proposes to seek relief under Paragraphs 5.1.2, 5.1.4, 5.4.1, 5.4.2, or 5.4.3, the motion, Plan or claim objection, as applicable, must be served in the manner provided by Rule 7004 for service of a summons and complaint. Rule 3007(a)(2), Rule 3012(b), Rule 4003(d) and General Order 22-2.

4.4     <u>Retention of Lien.</u> The holder of any claim listed in Paragraphs 5.1.2, 5.1.4 and 5.4.1 will retain its lien on the property interest of the Debtor or the Debtor's estate until the earlier of --(a) payment of the underlying debt determined under nonbankruptcy law, (b) discharge of the underlying debt under 11 U.S.C. § 1328, or (c) completion of the Plan --at which time the lien will terminate and be released by the creditor

## 5. PAYMENTS TO CREDITORS

### SUMMARY OF PAYMENTS BY CLASS

| Class | Definition | Payment/Distribution by Trustee |
|---|---|---|
| Class 1 | Claims with Designated Specific Monthly Payments | Paid first in the monthly payment amount designated in the Plan |
| Class 2 | Secured Claims with No Designated Specific Monthly Payments and Domestic Support Obligations (Arrearages) | Paid second and pro rata with other Class 2 claims |
| Class 3 | Priority Claims | Paid third and pro rata with other Class 3 claims |
| Class 4 | Nonpriority Unsecured Claims | Paid fourth and pro rata with other Class 4 claims |
| Class 5 | Claims Paid by a Non-Filing Co-Debtor or Third Party | Not applicable |
| Class 6 | Claims Paid by the Debtor | Not applicable |

Except as provided in Paragraph 3, the Trustee shall begin making distributions upon confirmation. To the extent funds are available, the maximum number of Classes may receive distributions concurrently. Notwithstanding the above, the Trustee is authorized within the Trustee's discretion to calculate the amount and timing of distributions as is administratively efficient.

## 5.1 CLASS 1 - CLAIMS WITH DESIGNATED SPECIFIC MONTHLY PAYMENTS

The following Class 1 claims shall be paid first in the monthly payment amount designated below. The plan payment is calculated in an amount that is sufficient for the Trustee to make a full monthly distribution on all Class 1 claims plus the statutory Trustee fee. If the Debtor makes a payment that is less than the full plan payment amount, the Trustee will make distributions on Class 1 claims in the order of priority set forth in the Bankruptcy Code.

### 5.1.1 Maintenance of Regular Mortgage Payments

Regular mortgage payments shall be calculated for payment starting the month after the filing of the petition. Arrearages shall be paid as Class 2 claims.

**Trustee disburse.**

| | Name of Creditor | Property Address | Residence (Y/N) | Monthly Payment Amount | |
|---|---|---|---|---|---|
| | | | | $ | |

MANDATORY FORM PLAN (Revised 01/22/2018)

**Debtor direct pay.** Unless otherwise ordered by the Court, regular monthly mortgage payments may only be paid directly by the Debtor if the mortgage is current as of the petition date. LBR 3015-1(e)(1).

| | Name of Creditor | Property Address | Residence (Y/N) | Monthly Payment Amount | |
|---|---|---|---|---|---|
| | | | | $ | |

### 5.1.2 Modified Mortgages or Liens Secured by Real Property ["Cramdown/Real Property"]

The following claims are subject to modification as (1) claims secured by real property that is not the Debtor's principal residence, (2) claims secured by other assets in addition to the Debtor's principal residence, or (3) claims for which the last payment on the original payment schedule for a claim secured only by a security interest in real property that is the Debtor's principal residence is due before the date on which the final payment under the plan is due. 11 U.S.C. §§ 1322(b)(2), (c)(2). To the extent that a claim is in excess of the value of the property, the balance in excess of the value of the property shall be treated as a Class 4 nonpriority unsecured claim. See Paragraph 4 for more information.

| | Name of Creditor / Procedure | Property Address | Value of Property | Interest Rate | Minimum Monthly Payment | |
|---|---|---|---|---|---|---|
| | (Creditor)<br><br>☐ Motion<br>☐ Plan<br>☐ Claim Objection | | $ | % | $ | |

### 5.1.3 Claims Secured by Personal Property for Which § 506 Determination is Not Applicable ["910 Claims/Personal Property"]

The following claims are secured by a purchase money security interest in either (1) a motor vehicle acquired for the Debtor's personal use within 910 days of the petition date or (2) personal property acquired within one year of the petition date. The proof of claim amount will control, subject to the claims objection process.

| | Name of Creditor | Property Description | Purchase Date | Estimated Claim Amount | Interest Rate | Minimum Monthly Payment Including Interest | |
|---|---|---|---|---|---|---|---|
| | | | | $ | % | $ | |

**5.1.4 Claims Secured by Personal Property for Which § 506 Determination is Applicable ["Cramdown/Personal Property"]**

The following claims are secured by personal property not described above in Paragraph 5.1.3. To the extent that a claim is in excess of the value of the property, the balance in excess of the value of the property shall be treated as a Class 4 nonpriority unsecured claim. See Paragraph 4 for more information.

| Name of Creditor / Procedure | Property Description | Purchase/ Transaction Date | Value of Property | Interest Rate | Minimum Monthly Payment Including Interest | |
|---|---|---|---|---|---|---|
| Coastal Credit ☐ Motion ☒ Plan ☐ Claim Objection | 2013 Chevy | 01/01/15 | $5,858 | 5.25% | $98 | |
| United Auto Credit ☐ Motion ☒ Plan ☐ Claim Objection | 2009 Pontiac | 01/01/15 | $4,654 | 5.25% | $78 | |
| Rent A Center ☐ Motion ☒ Plan ☐ Claim Objection | Recliner, Dinette set | 01/01/15 | $850 | 5.25% | $15 | |

**5.1.5 Domestic Support Obligations (On-Going) - Priority Claims under § 507(a)(1)**

If neither box is checked, then presumed to be none.

☐ **Trustee disburse**

☐ **Debtor direct pay**

The name of any holder of any domestic support obligation as defined in § 101(14A) shall be listed below. If the Debtor becomes subject to a domestic support obligation during the Plan term, the Debtor shall notify his or her attorney and the Trustee.

| Name of Holder | State Child Support Enforcement Agency, if any | Monthly Payment Amount | |
|---|---|---|---|
| | | $ | |

MANDATORY FORM PLAN (Revised 01/22/2018)

### 5.1.6 Executory Contracts and Unexpired Leases

**The Debtor rejects** the following executory contracts and unexpired leases.

> **Notice to Creditor of Deadline to File Claim for Rejection Damages:**
> A proof of claim for rejection damages must be filed by the creditor within seventy (70) days from the date of confirmation of the Plan. Rule 3002(c)(4). Such claim shall be treated as a Class 4 nonpriority unsecured claim.

| | Name of Creditor | Property Description | |
|---|---|---|---|
| | | | |

**The Debtor assumes** the following executory contracts and unexpired leases. Unless otherwise ordered by the Court, all motor vehicle lease payments shall be made by the Trustee. LBR 3015-1(d)(2). Any prepetition arrearage shall be cured in monthly payments prior to the expiration of the executory contract or unexpired lease. The Debtor may not incur debt to exercise an option to purchase without obtaining Trustee or Court approval. LBR 4001-3.

**Trustee disburse.**

| | Name of Creditor | Property Description | Regular Number of Payments Remaining as of Petition Date | Monthly Contract/Lease Payment | Estimated Arrearage as of Petition Date | Contract/ Lease Termination Date | |
|---|---|---|---|---|---|---|---|
| | | | | $ | $ | | |

**Debtor direct pay.**

| | Name of Creditor | Property Description | Regular Number of Payments Remaining as of Petition Date | Monthly Contract/Lease Payment | Estimated Arrearage as of Petition Date | Contract/ Lease Termination Date | |
|---|---|---|---|---|---|---|---|
| | | | | $ | $ | | |

### 5.1.7 Administrative Claims

The following claims are administrative claims. Unless otherwise ordered by the Court, requests for additional attorney fees beyond those set forth below will be paid after the attorney fees set forth below and in the same monthly amount as set forth below. LBR 2016-1(b).

| | Name of Claimant | Total Claim | Amount to be Disbursed by Trustee | Minimum Monthly Payment Amount | |
|---|---|---|---|---|---|
| | Lucas M. Ruffing | $3,700 | $3,200 | $950 | |

## 5.2 CLASS 2 - SECURED CLAIMS WITH NO DESIGNATED MONTHLY PAYMENTS AND DOMESTIC SUPPORT OBLIGATIONS (ARREARAGES)

### 5.2.1 Secured Claims with No Designated Monthly Payments

The following claims are secured claims with no designated monthly payments, including mortgage arrearages, certificates of judgment and tax liens. The proof of claim amount shall control, subject to the claims objection process. Class 2 claims shall be paid second and shall be paid pro rata with other Class 2 claims.

| | Name of Creditor | Estimated Amount of Claim | |
|---|---|---|---|
| | | $ | |

**5.2.2 Domestic Support Obligations (Arrearages) - Priority Claims under § 507(a)(1)**

☐ **Trustee disburse**

☐ **Debtor direct pay**

The name of any holder of any domestic support obligation arrearage claim or claim assigned to or owed to a governmental unit and the estimated arrearage amount shall be listed below.

| | Name of Holder | State Child Support Enforcement Agency, if any | Estimated Arrearage | |
|---|---|---|---|---|
| | | | $ | |

**5.3 CLASS 3 - PRIORITY CLAIMS**

Unless otherwise provided for in § 1322(a), or the holder agrees to a different treatment, all priority claims under § 507(a) shall be paid in full in deferred cash payments. § 1322(a). Class 3 claims shall be paid third and shall be paid pro rata with other Class 3 claims.

**5.4 CLASS 4 - NONPRIORITY UNSECURED CLAIMS**

Allowed nonpriority unsecured claims shall be paid a dividend as provided in Paragraph 2.2. Class 4 claims shall be paid fourth and shall be paid pro rata with other nonpriority Class 4 claims.

**5.4.1 Wholly Unsecured Mortgages/Liens**

The following mortgages/liens are wholly unsecured and may be modified and eliminated. See *In re Lane*, 280 F.3d 663 (6th Cir. 2002). See Paragraph 4 for additional information. Preferred form motions and orders are available on the Court's website at www.ohsb.uscourts.gov.

| | Name of Creditor / Procedure | Property Address | | |
|---|---|---|---|---|
| 1 | (Creditor)<br>☐ Motion<br>☐ Plan | | | |

| | Value of Property | SENIOR Mortgages/Liens (Amount/Lienholder) | | Amount of Wholly Unsecured Mortgage/Lien | |
|---|---|---|---|---|---|
| 1 | $ | $ | (Lienholder) | $ | |

**5.4.2 Judicial Liens Impairing an Exemption in Real Property**

The following judicial liens impair the Debtor's exemption in real property and may be avoided under § 522(f)(1) (A). See Paragraph 4 for additional information. Preferred form motions and orders are available on the Court's website at www.ohsb.uscourts.gov.

| | Name of Creditor / Procedure | Property Address | Value of Property | Exemption | |
|---|---|---|---|---|---|
| 1 | (Creditor)<br>☐ Motion<br>☐ Plan | | $<br>Debtor's Interest<br>$ | $<br>Statutory Basis<br>§ | |
| | OTHER Liens or Mortgages (Amount/Lienholder Name) | | Judicial Lien | Amount of Judicial Lien to be Avoided | |

MANDATORY FORM PLAN (Revised 01/22/2018)

| | | OTHER Liens or Mortgages (Amount/Lienholder Name) | | | Judicial Lien | Amount of Judicial Lien to be Avoided | |
|---|---|---|---|---|---|---|---|
| **1** | $ | (Lienholder) | + | | $ | $ | |
| | | | X | C | Recorded Date | Effective Upon: | |

### 5.4.3 Nonpossessory, Nonpurchase-Money Security Interest in Exempt Property

The following nonpossessory, nonpurchase-money security interests impair the Debtor's exemption in personal property and may be avoided under § 522(f)(1)(B). See Paragraph 4 for additional information. Preferred form motions and orders are available on the Court's website at www.ohsb.uscourts.gov.

| Name of Creditor / Procedure | Property Description | Value of Property | Exemption | Amount of Security Interest to be Avoided | |
|---|---|---|---|---|---|
| (Creditor) ☐ Motion ☐ Plan | | $ | $ <br> Statutory Basis § | $ <br> Effective Upon: | |

### 5.4.4 Mortgages to be Avoided Under 11 U.S.C. § 544

The following debts secured by a mortgage will be paid as unsecured claims concurrent with other Class 4 claims. The Debtor or the Trustee shall file an adversary proceeding to determine whether the mortgage may be avoided. To the extent that the Trustee has standing to bring such action, standing is hereby assigned to the Debtor, provided a colorable claim exists that would benefit the estate.

| Name of Creditor | Action to be Filed By | Address of Property | |
|---|---|---|---|
| | ☐ Debtor <br> ☐ Trustee | | |

### 5.5 CLASS 5 - CLAIMS PAID BY A NON-FILING CO-DEBTOR OR THIRD PARTY

The following claims shall <u>not</u> be paid by the Trustee or the Debtor but shall be paid by a non-filing co-debtor or third party.

| Name of Creditor | Name of Payor | |
|---|---|---|
| | | |

### 5.6 CLASS 6 - CLAIMS PAID DIRECTLY BY THE DEBTOR

The following claims shall <u>not</u> be paid by the Trustee but shall be paid directly by the Debtor.

| Name of Creditor | Monthly Payment Amount | |
|---|---|---|
| | $ | |

## 6. SURRENDER OF PROPERTY

The Debtor elects to surrender to the creditor the following property that is collateral for the creditor's claim. Upon confirmation of the Plan, the stay under § 362(a) and, if applicable, § 1301(a) shall be terminated as to the surrendered property only. Rule 3015(g)(2).

| | Name of Creditor | Description of Property | |
|---|---|---|---|
| | | | |

## 7. INTEREST RATE

Unless otherwise stipulated by the parties, ordered by the Court or provided for in this Plan and except for claims treated in paragraph 5.1.1, secured claims shall be paid interest at the annual percentage rate of _5.25_ % based upon a declining monthly balance on the amount of the allowed secured claim. Interest is included in the monthly payment amount. *See Till v. SCS Credit Corp. (In re Till)*, 541 U.S. 465 (2004).

☐ **This is a solvent estate.** Unless otherwise provided, all nonpriority unsecured claims shall be paid in full with interest at _5.25_ % from the date of confirmation. If this box is not checked, the estate is presumed to be insolvent.

## 8. FEDERAL INCOME TAX RETURNS AND REFUNDS

### 8.1 Federal Income Tax Returns

If requested by the Trustee, the Debtor shall provide the Trustee with a copy of each federal income tax return filed during the Plan term by April 30 of each year.

### 8.2 Federal Income Tax Refunds

Notwithstanding single/joint tax filing status, the Debtor may annually retain the greater of (1) any earned income tax credit and additional child tax credit or (2) $3,000 of any federal income tax refund for maintenance and support pursuant to § 1325(b)(2) and shall turnover any balance in excess of such amount to the Trustee. Unless otherwise ordered by the Court, tax refunds turned over to the Trustee shall be distributed by the Trustee for the benefit of creditors. Any motion to retain a tax refund in excess of the amount set forth above shall be filed and served pursuant to LBR 9013-3(b).

## 9. OTHER DUTIES OF THE DEBTOR

### 9.1 Change of Address, Employment, Marital Status, or Child or Spousal Support Payments

The Debtor shall fully and timely disclose to the Trustee and file any appropriate notice, application or motion with the Court in the event of any change of the Debtor's address, employment, marital status, or child or spousal support payments.

### 9.2 Personal Injury, Workers Compensation, Buyout, Severance Package, Lottery Winning, Inheritance, or Any Other Amount

The Debtor shall keep the Trustee informed as to any claim for or expected receipt of money or property regarding personal injury, workers compensation, buyout, severance package, lottery winning, inheritance, or any other funds to which the Debtor may be entitled or becomes entitled to receive. Before the matter can be settled and any funds distributed, the Debtor shall comply with all requirements for filing applications or motions for settlement with the Court as may be required by the Bankruptcy Code, the Bankruptcy Rules or the Local Bankruptcy Rules. Unless otherwise ordered by the Court, these funds shall be distributed by the Trustee for the benefit of creditors.

MANDATORY FORM PLAN (Revised 01/22/2018)

### 9.3 Social Security

The Debtor shall keep the Trustee informed as to any claim for or expected receipt of social security funds.

## 10. INSURANCE

### 10.1 Insurance Information

As of the petition date, the Debtor's real and personal property is insured as follows.

| | Property Address/ Description | Insurance Company | Policy Number | Full/Liability | Agent Name/Contact Information | |
|---|---|---|---|---|---|---|
| | 2013 Chevy | Progressive | | Full | | |
| | 2009 Pontiac | Progressive | | Full | | |

### 10.2 Casualty Loss Insurance Proceeds (Substitution of Collateral)

If a motor vehicle is deemed to be a total loss while there is still an unpaid claim secured by the motor vehicle, the Debtor shall have the option to use the insurance proceeds to either (1) pay off the balance of the secured claim through the Trustee if the secured creditor is a named loss payee on the policy or (2) upon order of the Court, substitute the collateral by purchasing a replacement motor vehicle. If a replacement motor vehicle is purchased, the motor vehicle shall have a value of not less than the balance of the unpaid secured claim, the Debtor shall ensure that the lien of the creditor is transferred to the replacement motor vehicle, and the Trustee shall continue to pay the allowed secured claim. Unless otherwise ordered by the Court, if any insurance proceeds remain after paying the secured creditor's claim, these funds shall be distributed by the Trustee for the benefit of creditors.

## 11. EFFECTIVE DATE OF THE PLAN

The effective date of the Plan is the date on which the order confirming the Plan is entered.

## 12. VESTING OF PROPERTY OF THE ESTATE

Unless checked below, property of the estate does not vest in the Debtor until the discharge is entered. The Debtor shall remain responsible for the preservation and protection of all property of the estate.

☐ Confirmation of the Plan vests all property of the estate in the Debtor in accordance with §§ 1327(b) and (c).

☐ Other _____

## 13. NONSTANDARD PROVISIONS

The nonstandard provisions listed below are restricted to those items applicable to the particular circumstances of the Debtor. Nonstandard provisions shall not contain a restatement of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules or the Mandatory Chapter 13 Form Plan. Any nonstandard provision placed elsewhere in this Plan is void and shall have no binding effect.

| | Nonstandard Provisions | |
|---|---|---|
| | Debtors shall make plan payments in the amount set forth in this Plan for no less than the applicable commitment period, but not to exceed 60 months. The dividend to be paid to unsecured creditors shall be no less than the dividend set forth on page one of the plan. | |

**MANDATORY FORM PLAN (Revised 01/22/2018)**

By filing this Plan, the Debtor, if unrepresented by an attorney, or the Debtor's Attorney certifies that (1) the wording and order of provisions of this Plan are identical to those contained in the Mandatory Form Chapter 13 Plan adopted in this District and (2) this Plan contains no nonstandard provisions other than those set forth in Paragraph 13.

**Debtor's Attorney**

**Date:** 01/31/19

**/s/** Lucas M. Ruffing
_____

Lucas M. Ruffing (0090609)

Lucas Ruffing Law

82 N. Franklin St., Delaware, OH 43015

**Ph:** 740-815-1114

**Fx:** 740-369-7810

LucasRuffingLaw@GMail.com

**Debtor**

/s/ Theodore Majewski
_____

**Date:** 01/31/19

**Joint Debtor**

**/s/** Barbara Majewski
_____

**Date:** 01/31/19

MANDATORY FORM PLAN (Revised 01/22/2018)

## NOTICE OF DEADLINE FOR OBJECTING TO PLAN CONFIRMATION

Debtor has filed a Chapter 13 Plan or an Amended Chapter 13 Plan (collectively, the "Plan").

**Your rights may be affected.** You should read the Plan carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to confirm the Plan, you must file an objection to the Plan **within the later of:** 1) fourteen (14) days after the § 341 meeting of creditors is concluded; **OR** 2) twenty-one (21) days from the date set forth in the certificate of service of this Plan. If a timely objection to the Plan is filed within seven (7) days of the confirmation hearing date, the confirmation hearing will be rescheduled.  Rule 3015(f).

Your objection to the Plan, explaining your position, must be filed with the Court and mailed by ordinary U.S. Mail to the United States Bankruptcy Court

170 North High Street, Columbus OH 43215

OR your attorney must file the objection using the Court's ECF System.

The Court must **receive** your objection on or before the applicable deadline above.

You must also send a copy of your objection either by 1) the Court's ECF System or by 2) ordinary U.S. Mail to:

Theodore & Barbara Majewski, 7101 Sawmill Village Dr., Columbus, OH 43235

Lucas M. Ruffing

Frank M. Pees

and the United States trustee.

If you or your attorney does not take these steps, the Court may decide that you do not oppose the terms of the Plan and may enter an order confirming the Plan without further hearing or notice.

MANDATORY FORM PLAN (Revised 01/22/2018)

## Certificate of Service

I hereby certify that a copy of the foregoing Plan was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the Court and (ii) by **ordinary U.S. Mail** on  02/01/19   addressed to:

Accounts Receivable Management
P.O. Box 637
Bellmawr, NJ 08099
Ace Cash Express
1231 Greenway Dr.
Suite 700
Irving, TX 75038
Advance America
1935 Henderson Rd
Columbus, OH 43220
AEP
PO Box 371496
Pittsburgh, PA 15250-1496
AFNI
P.O. Box 3517
Bloomington, IL 61702
AIS Services
50 California St.
Suite 1500
San Francisco, CA 94111
Alexandra Vaneck Co. L.P.A.
5660 Southwyck Blvd. Ste 110
Toledo, OH 43614
Alexandria Vaneck
5620 Southwyck Blvd. #103
Toledo, OH 43614
Alliance One
1684 Woodlands Dr.
Maumee, OH 43537
Allied Interstate
P.O. Box 361595
Columbus, OH 43236-1595
Always Payday
2260 S. Hamilton Rd.
Columbus, OH 43232
American Debt Collection
P.O. Box 608
Oxford, MS 38655
American Family Insurance
Collection Corp of America
200 Business Park Dr.
Armonk, NY 10504-1723
American Medical Collection
2269 S. Saw Mill River Road
Building 3
Elmsford, NY 10523

MANDATORY FORM PLAN (Revised 01/22/2018)

Ameriloan Recovery
2730 San Pedro NE
Suite H
Argyle Solutions
Po Box 1093
Oaks, PA 19456
ARI
P.O. Box 2020
Powell, OH 43065-2020
ARS
1699 Wall Street
Suite 300
Mount Prospect, IL 60056
Assetcare
24800 Highpoint Rd
Beachwood, OH 44122
Attorney General of Ohio
P.O. Box 165012
Columbus, OH 43216-5012
Balance Credit
PO Box 4356
Dept 1557
Houston, TX 77210
Ben Sheerin
6948 Churchill Downs Dr.
New Albany, OH 43054
Bennett Law
10542 S. Jordan Gateway
Suite 200
South Jordan, UT 84095
Buckeye Credit Solutions
7001 Post Rd.
Suite 300
Dublin, OH 43016
Buckeye Dermatology
5720 Blazer PKWY
Dublin, OH 43017
Buckeye Lending Solutions
7001 Post Rd. Suite 300
Dublin, OH 43016
Capital Recovery
1034 Democracy Lane
Fairfax, VA 22030
Carlile Patchen & Murphy LLP
366 East Broad St.
Columbus, OH 43215
Cash Net USA
200 W. Jackson Blvd.
14th Floor
Chicago, IL 60606
CBCS
P.O. Box 69
Columbus, OH 43216

MANDATORY FORM PLAN (Revised 01/22/2018)

CBE Group
131 Tower Park, Suite 100
P.O. Box 2547
Waterloo, IA 50704
Central Ohio Anesthesia
P.O. Box 711052
Cincinnati, OH 45271
Central Ohio Neurological Surgeons
P.O. Box 710793
Columbus, OH 43271-0793
Central Ohio Pathology
PO Box 951427
Cleveland, OH 44193
Certegy Payment & Recovery Service Inc.
550 Greensboro Avd.
Suite 301
Tuscaloosa, AL 35401
Certegy Payment Recovery
11601 Roosevelt Blvd
Saint Petersburg, FL 33716
Charles Kessler DDS
1895 Bethel Rd.
Columbus, OH 43220
Check Alert Systems
7597 S Mackinaw Trail
Sute C
Cadillac, MI 49601
Check Care
4600 Rockside Rd
Suite 130
Independence, OH 44131
Check N Go
1537 W. Broad St.
Columbus, OH 43222
Checkcare
PO Box 39449
Louisville, KY 40233-9449
Checks 2 Cash
3967 Hoover Rd
Grove City, OH 43123
Checksmart
7001 Post Rd Suite 200
Dublin, OH 43016
Child Radiologic Inst.
Dept. L-1648
Columbus, OH 43260
Choice Recovery
PO Box 3521
Akron, OH 44309
Choice Recovery
1550 Old Henderson Rd.
Columbus, OH 43220
Citation Collection Services

PO Box 223
Denver, CO 80239
Client Services
221 Point West Blvd.
St. Charles, MO 63301
CMI Properties
PO Box 16868
Columbus, OH 43216
CMRE
3075 E. Imperial Hwy, Suite 200
Brea, CA 92821
Coast to Coast Financial
P.O. Box 2092
Thousand Oaks, CA 91360-2092
Coastal Credit
3852 Virginia Beach Blvd
Virginia Beach, VA 23452
Columbia Gas
PO Box 117
Columbus, OH 43216
Columbus Radiology
236 E. Town St.
Suite 100
Columbus, OH 43215
Columbus Radiology
PO Box 714563
Cincinnati, OH 45271
Columbus Surgical Associates
P.O. Box 14983
Dept 3627
Columbus, OH 43214-0983
Complete Payment Recovery
3500 5th St.
Northport, AL 35476
Computer Collections
Po Box 182141
Columbus, OH 43218
Computer Collections
470 West Haines Mill Rd.
Winston Salem, NC 27113
Computer Credit Corp.
P.O. Box 27161
Columbus, OH 43227
CPS
P.O. Box 98708
Phoenix, AZ 85038
Credit Collection Services
P.O. Box 9126
Boston, MA 02205-9126
Credit Protection
P.O. Box 2553
Columbus, OH 43216
Creditors Interchange

80 Holtz Drive
Buffalo, NY 14225
Daniel Trust Company
135 Interstate Blvd.
Suite 6
Greenville, SC 29615
David Ryan DC
121 Commerce Park Dr.
Suite A
Westerville, OH 43082
Direct TV
PO Box 78626
Phoenix, AZ 85062
DJO Global
651 Campus Dr., Suite 100
Saint Paul, MN 55112
Doctor's Office Urgent Care
Dept. 151
Columbus, OH 43265
Dr. Stoner
5152 Blazer Pkwy
Dublin, OH 43017
Drs Bonded Collection System
P.O. Box 498609
Cincinnati, OH 45249-8609
Dublin Medical Clinic
6350 Frantz Road St. E
Dublin, OH 43017
Dublin Urgent Care
1875 Tamarack Circle North
Columbus, OH 43229
Dun & Bradstreet
4836 Brecksville Rd
Richfield, OH 44286
Eastern Collection
1626 Locust Ave.
Bohemia, NY 11716
Eaton Plumbing
5600 E. Walnut St.
Westerville, OH 43081
Endodontic Wellness
4830 Knightsbridge BLVD, #L
Columbus, OH 43214
Fabco
4640 Executive Dr.
Columbus, OH 43220
FBCS
841 E. Hunting Park Ave.
Philadelphia, PA 19124
FFCC
P.O. Box 20790
Columbus, OH 43220
Financial Recovery Services

PO Box 385908
Minneapolis, MN 55438-5908
Financial Recovery Services, Inc.
P.O. Box 385908
Minneapolis, MN 55438-5908
First American Cash Advance
West Broad Street
Columbus, OH 43228
First Federal Credit Corp
P.O. Box 20790
Columbus, OH 43220
First Premier
PO Box 5524
Sioux Falls, SD 57117
Fleet
P.O. Box 17192
Wilmington, DE 19850-7192
Franklin County Common Pleas
373 S. High St., 23rd Floor
Columbus, OH 43215
GC Services
Collection Agency Division
P.O. Box 2667
Houston, TX 77252
Geico
One Geico Plaza
Bethesda, MD 20810
General Medical Consultant
7277 Smiths Mill Rd., #250
New Albany, OH 43054
GLA Collection
2630 Gleeson Lane
Louisville, KY 40299
GMAC Payment Processing Center
P.O. Box 5180
Carol Stream, IL 60199
Golden Valley Lending
635 E. Hwy. 20
Upper Lake, CA 95485
Grant Riverside
3535 Olentangy River Road
Columbus, OH 43214
Hand in Hand Pediatrics
P.O. Box 3143
Dublin, OH 43016
Haydocy Pontiac
6119 State Farm Rd.
Rohnert Park, CA 94928
Health South
1560 Heathorne Dr.
Maumee, OH 43537
HRRG
Po Box 189053

MANDATORY FORM PLAN (Revised 01/22/2018)

Fort Lauderdale, FL 33318-9053
HRRG
PO Box 5406
Cincinnati, OH 45273
IC System
444 Highway 96 East
Po Box 64137
Saint Paul, MN 55164-0137
IC System Inc
P.O. Box 64437
Saint Paul, MN 55164-0437
IMBS
P.O. Box 189053
Plantation, FL 33318-9053
Integrity Funding
84 VILLA RD
Greenville, SC 29615-3052
Integrity Solution Services
7825 Washington Ave S
Ste 310
Minneapolis, MN 55439
Internal Revenue Service
Special Procedure Branch
P.O. Box 99183
Cleveland, OH 44199
Jack Stanko
750 Mount Carmel Mall
Suite 380
Columbus, OH 43222
JC Christensen & Asso.
P.O. Box 519
Sauk Rapids, MN 56379
Jeff Guy
8000 Riverside Dr.
Dublin, OH 43016
Jefferson Capital System
16 McLeland Rd.
Saint Cloud, MN 56303
Jeffrey Jordan
PO Box 30863
Columbus, OH 43230
JP Recovery
P.O. Box 182140
Columbus, OH 43218
JP Recovery
PO Box 183221
Columbus, OH 43218
JP Recovery Services
P.O. Box 16749
Rocky River, OH 44116-0749
Kay Chouniard
7705 SW 86th St.
Apt. B210

Miami, FL 33143
Kemba Financial Credit Union
555 Officenter Place
POB 307370
Columbus, OH 43230
Kent Smith Photography
12923 Stone Creek Dr.
Pickerington, OH 43147
Kroger
P.O. Box 30650
Salt Lake City, UT 84130-0650
Law Office of Richard D Croce
PO Box 2277
Orland Park, IL 60462
Law offices of Joel Cardis, LLC
2838 De Kalb Pike
Norristown, PA 19401
LCA Collections
P.O. Box 2240
Burlington, NC 27216-2240
Leading Edge Recovery
P.O. Box 129
Linden, MI 48451-0505
Levy & Associates
4645 Executive Drive
Columbus, OH 43202
Lifetime Dental Health
1960 Bethel Rd., #240
Columbus, OH 43220
Loan Max
2127 E. Livingston Ave.
Columbus, OH 43209
Martel Management
P.O. Box 490
Columbus, OH 43216
Matthew Zavarella DDS
616A Office Parkway
Westerville, OH 43082
Meade & Associates
737 Enterprise Dr.
Westerville, OH 43081
Media Collections
8948 Canyon Falls BLVD, #200
Twinsburg, OH 44087
Metropolitan Urologists Inc.
340 E. Town St.
Suite 7-200
Columbus, OH 43215
Meyer & Kerschner
106 E. Market Street
PO Box 400
Tiffin, OH 44883
Mid Ohio Emergency Services

MANDATORY FORM PLAN (Revised 01/22/2018)

P.O. Box 456
Columbus, OH 43216
Mid-Ohio Emergency Services
Dept A
3585 Ridge Park Dr.
Akron, OH 44333
Midwest Anesthesia Services
P.O. Box 633478
Cincinnati, OH 45263
Midwest Physician Anethesia Service
5151 Reed St. Suite 105B
Columbus, OH 43220
Minute Clinic Diagnostic of Ohio
Po Box 8427
Belfast, ME 04915
Mount Carmel
P.O. Box 89458
Cleveland, OH 44101-6458
National Action Financial Services
165 Lawrence Bell Dr
Suite 100
Williamsville, NY 14231
National Cash Advance
3654 Main St
Hilliard, OH 43026
National Check Cashers
c/o Recovery One
6479 Reflections Dr Suite 200
Dublin, OH 43017
National Revenue Service
2323 Lake Club Drive
Columbus, OH 43232
National Service Bureau
18820 Aurora Ave Ste 205
Seattle, WA 98133
Nationwide Collections
8051 Fortpiece
Fort Pierce, FL 34982-5881
Nationwide Energy Partners
PO Box 20850
Columbus, OH 43220
NCB Management Services
P.O. Box 1099
Langhorne, PA 19047
NCO
P.O. Box 41418
Dept. 13
Philadelphia, PA 19101
NCO Financial
P.O. Box 41457
Philadelphia, PA 19101-1457
NCP Finance Ohio
100 East Third Street 5th Floor

MANDATORY FORM PLAN (Revised 01/22/2018)

Dayton, OH 45402
NEP
230 West St., Suite 150
Columbus, OH 43215
Neurological Associates
P.O. Box 711910
Cincinnati, OH 45271-1910
North Cash
Po Box 498
Hays, MT 59527
North Shore Agency
P.O. Box 260001
Great Neck, NY 11026-0001
Nova Care Rehabilitation of Ohio
PO Box 223102
Pittsburgh, PA 15251-2102
NPC Check Serv
90 Riverdale Rd
Riverdale, NJ 07457
Ohio Department of Taxation
30 East Broad, 23rd Floor
Bankruptcy Division
Columbus, OH 43215
Ohio Gastroenterlogy Inc.
P.O. Box 14348
Columbus, OH 43214
Ohio Health
3728 Olentangy River Road
Columbus, OH 43214
OhioHealth
PO Box 183221
Columbus, OH 43218-3221
OhioHealth Dublin Methodist
3711 Chester Ave.
Cleveland, OH 44114
Orthopedic One
170 Taylor Station Rd.
Columbus, OH 43213
OSI
P.O. Box 953
Brookfield, WI 53008
OSU Internal Medicine
3900 Stoneridge
Dublin, OH 43017
OSU Sports Medicine Center
2050 Kenny Rd.
Columbus, OH 43221-3502
Overflow Furniture
110 W. Vine
Suite 200
Lexington, KY 40507
PCB
P.O. Box 29917

MANDATORY FORM PLAN (Revised 01/22/2018)

Columbus, OH 43229-7517
Penn Credit Corp
Po Box 988
Harrisburg, PA 17108-0988
Pentagroup Financial
5959 Corporate Dr.
Suite 1400
Houston, TX 77036
Pinnacle Financial Group
7825 Washington Ave. South
Suite 410
Minneapolis, MN 55439-2409
Plaza Assoc
370 Seventh Ave.
New York, NY 10001
Plaza Associates
P.O. Box 18008
Hauppauge, NY 11788
Portfolio Recovery
P.O. Box 12914
Norfolk, VA 23541
Progressive Leasing
10619 S Jordan Gateway
Ste 100
South Jordan, UT 84095
Quest Diagnositcs Inc.
P.O. Box 1235
Elmsford, NY 10523-0935
Radiology Inc
2500 Corporate Exchange Dr.
Suite 151
Columbus, OH 43231
Radiology Inc
PO Box 3202
Charleston, WV 25332-3202
Receivables Management
PO Box 361348
Columbus, OH 43236
Receivables Performance
1930 220th St. SE, Ste. 101
Bothell, WA 98021
Regional Collection Ser. Inc.
201 S. 8th St
PO Box 441
Marietta, OH 45750
Rent A Center
4129 W. Broad
Columbus, OH 43228
Revenue Collect
PO Box 2103
Mechanicsburg, PA 17055
Revenue Recovery Corp
Po Box 2698

Knoxville, TN 37901-2698
Richard J. Kaplow
614 Superior Ave. NW
Cleveland, OH 44113
Richard J. Kaplow
808 Rockfeller Bldg
614 Superior Ave. NW
Cleveland, OH 44113
Riddle & Associates
P.O. Box 1187
Sandy, UT 84091
Rite Rug
3949 Business Park Dr
Columbus, OH 43204
Riverside
P.O. Box 29117
Columbus, OH 43229
Riverside Radiology
PO Box 182268
Columbus, OH 43218-2268
Riverside Surgical Associates
3545 Olentangy River Road
Suite 226
Columbus, OH 43214
SCA Credit Services
1502 Williamson Rd. NE
Roanoke, VA 24012
Sim Assoc.
PO Box 7526
Newark, DE 19714
Solomon Finance
2780 S. Jones Blvd. #3529
Las Vegas, NV 89146
South Eastern Physicians
PO Box 630707
Cincinnati, OH 45263
Spectrum
PO Box 916
Carol Stream, IL 60132
Speedy Cash
PO Box 780408
Wichita, KS 67278
Sports Medicine Grant
323 E. Town St.
Columbus, OH 43215
Spot Loan
914 Chief Little Shell St.
Belcourt, ND 58316
Summerhill Family Medicine
6680 Perimeter Dr.
Dublin, OH 43016
Telecheck
5251 Westheimer

MANDATORY FORM PLAN (Revised 01/22/2018)

Houston, TX 77056
The Bourassa Law Group, LLC
PO Box 28039
Las Vegas, NV 89126
The Pen Traffic Co
6700 Perimeter Loop Rd
Dublin, OH 43017
Trident Asset Management
Po Box 888424
Atlanta, GA 30356
UK HealthCare
PO Box 1688
Lexington, KY 40588
UK Healthcare Good Samaritan
1000 South Limestone
Pavilion A
Lexington, KY 40536
United Auto Credit
PO Box 660017
Dallas, TX 75266-0017
United Collection Bureau
5620 Southwyck Blvd. Suite 206
Toledo, OH 43614
Universal Fidelity
Po Box 941911
Houston, TX 77094-8911
Valentine & Kebartas
P.O. Box 325
Lawrence, MA 01842
West Asset Management
P.O. Box 723728
Atlanta, GA 31139
White Fence Surgical Suites
7277 Smith's Mill Road, Suite 300
New Albany, OH 43054
William Foster DDS
250 W. Bridge St.
Dublin, OH 43017
Woodforest
PO Box 7889
Spring, TX 77387-7789
Worldwide Cash
299 South Maine
13th Floor
WOW
PO Box 4350
Carol Stream, IL 60197

Theodore & Barbara Majewski, 7101 Sawmill Village Dr., Columbus, OH 43235

and (iii) by method of service as required by Bankruptcy Rule 7004  Certified mail.

Coastal Credit
C/o Martin McFarland, CEO
10333 N Meridian, Suite 400
Indianapolis, IN 46290

United Auto Credit
C/o James Vagim, CEO
PO Box 163049
Fort Worth, TX 76161

Rent A Center
C/o Mitchell Fadel, CEO
5501 Headquarters Dr
Plano, TX 75024

/s/  Lucas M. Ruffing
_____

Lucas M. Ruffing

82 N. Franklin St., Delaware, OH 43015

**Ph:** 740-815-1114

**Fx:** 740-369-7810

LucasRuffingLaw@GMail.com